IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>   Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>   Defendants. | Case No. 24-cv-8775 |

**PLAINTIFF'S MOTION FOR LEAVE TO SERVE ELECTRONICALLY
PURSUANT TO FED. R. CIV. P. 4(f)(3)**

  Plaintiff seeks the Court's authorization to effectuate service of process, as well as service of other pleadings, by electronic publication and e-mail in this action. A Memorandum of Law in Support of this Motion is filed herewith.

Dated: September 23, 2024

                     Respectfully submitted,

                     /s/Brandon Beymer
                     Brandon Beymer (ARDC No. 6332454)
                     Daliah Saper (ARDC No. 6283932)
                     Saper Law Offices, LLC
                     505 N. LaSalle, Suite 60654
                     Chicago, Illinois 60654
                     (312) 527-4100
                     brandon@saperlaw.com
                     ds@saperlaw.com
                     Attorneys for Plaintiff