IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>           Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>           Defendants. | Case No. 24-cv-8775 |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiff files this Motion requesting leave to file the following documents under seal: (1) Exhibit 1 and 2 to the redacted Complaint, which constitute, respectively, the Certificates of Registration for Plaintiff's Trademarks asserted in this action, and the Certificates of Registrations for Plaintiff's copyrighted works asserted in this action; (2) Plaintiff's unredacted Complaint, and the accompanying exhibits, which include additional allegations reflecting the Parties' identities, the disclosure of which would compromise the confidentiality of Plaintiff's *Ex Parte* Motion for Temporary Restraining Order, including a Temporary Injunction, a Temporary Asset Restraint, Expedited Discovery ("Plaintiff's TRO Motion"); (3) Schedule A attached to the redacted Complaint and unredacted Complaint, which constitutes a list of the Defendant Online Marketplace Accounts; (4) Plaintiff's unredacted Memorandum in support of its TRO Motion, and accompanying supporting declaration and exhibits, which include screenshot printouts showing the infringing Defendant Internet Stores as well as information regarding Plaintiff and Plaintiff's pertinent products; and (5) Plaintiff's Local Rule 3.4 Notice of Claim involving a Trademark, which contains Plaintiff's identity and the trademark asserted in this action.

In this action, Plaintiff is requesting temporary *ex parte* relief based on an action asserting trademark and copyright infringement. Sealing of the files is necessary to prevent Defendants from learning of these proceedings prior to execution of the temporary restraining order.

As mentioned in Plaintiff's Complaint (Dkt 1 at ¶¶ 26-27), counterfeiters/infringers, such as Defendants, are typically in communication with each other and regularly participate in QQ.com chat rooms and/or communicate through websites such as sellerdefense.cn, kaidianyo.com and kuajingvs.com where they discuss tactics for operating multiple accounts, evading detection, and the status of pending litigation.

Participants on these websites also monitor Pacer and/or other websites reporting on US cases to quickly identify and review new filings in US courts on a constant basis and share available information regarding new infringement lawsuits as soon as they are filed and/or as new documents or pleadings are added to the docket.

Sealing the names of the Defendants only, but requiring Plaintiff to reveal their identity, Plaintiff's trademarks, or Plaintiff's copyrighted material prior to execution of the requested temporary restraining order would enable counterfeiters/infringers to learn of this lawsuit and anticipate their inclusion as they can quickly and easily check if they are selling any infringing products.

If Defendants were to learn of these proceedings prematurely, the likely result would be the destruction of relevant documentary evidence, the hiding of assets and/or transferring of assets from U.S.-based financial accounts to off-shore accounts in foreign jurisdictions outside the jurisdiction of this Court, and the refusal of Defendants to participate in the case. Such maneuvering would frustrate the purpose of the underlying law and would interfere with, and likely entirely undermine, Plaintiff's ability to secure relief.

Dated: September 23, 2024　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/Brandon Beymer
　　　　　　　　　　　　　　　　　　　　Brandon Beymer (ARDC No. 6332454)
　　　　　　　　　　　　　　　　　　　　Daliah Saper (ARDC No. 6283932)
　　　　　　　　　　　　　　　　　　　　Saper Law Offices, LLC
　　　　　　　　　　　　　　　　　　　　505 N. LaSalle, Suite 60654
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60654
　　　　　　　　　　　　　　　　　　　　(312) 527-4100
　　　　　　　　　　　　　　　　　　　　brandon@saperlaw.com
　　　　　　　　　　　　　　　　　　　　ds@saperlaw.com
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff