# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
### Eastern Division

John Doe

                          Plaintiff,

v.                               Case No.: 1:24−cv−08775

                              Honorable Jorge L. Alonso

The Partnerships and Unincorporated Associations Identified on Schedule A

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 8, 2024:

    MINUTE entry before the Honorable Jorge L. Alonso: Plaintiff's Motion to extend ex parte temporary restraining order [26] is granted. The temporary restraining order is extended for 14 days to 10/23/24. Motion hearing date of 10/9/24 is stricken. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.