# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>        Defendants. | Case No. 24-cv-8775<br><br>**Judge Jorge L. Alonso**<br><br>**Magistrate Judge Sheila M. Finnegan** |

## PLAINTIFF'S MOTION FOR ENTRY OF PRELIMINARY INJUNCTION

Plaintiff, by and through its undersigned counsel, hereby moves for entry of a Preliminary Injunction in the above-captioned action against the Defendants identified on the redacted Schedule A attached hereto. For the reasons set forth herein, Plaintiff respectfully urges that the Court should grant this motion.

Dated: October 18, 2024

Respectfully submitted,

/s/Brandon Beymer
Brandon Beymer (ARDC No. 6332454)
Daliah Saper (ARDC No. 6283932)
Saper Law Offices, LLC
505 N. LaSalle, Suite 60654
Chicago, Illinois 60654
(312) 527-4100
brandon@saperlaw.com
ds@saperlaw.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2024, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system and I will serve this Motion and Memorandum on Defendants through both email and electronic publication.

*/s/ Brandon Beymer*
Brandon Beymer
