**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOHN DOE,<br><br>   Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>   Defendants. | Case No. 24-cv-8775<br><br>**Judge Jorge L. Alonso**<br><br>**Magistrate Judge Sheila M. Finnegan** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on October 23, 2024, at 9:30 AM or as soon thereafter as counsel may be heard, counsel for Plaintiff in the above-captioned action shall appear before the Honorable Jorge L. Alonso or any judge sitting in his stead, in Courtroom 1903 of the Everett McKinley Dirksen U.S. Courthouse, U.S. District Court for the Northern District of Illinois (Eastern Division), 219 S. Dearborn Street, Chicago, Illinois 60604. Counsel for Plaintiff shall at said time present Plaintiff's Motion for Entry of Preliminary Injunction (Dkt. 32), filed October 18, 2024.

Date: October 18, 2024

                   Respectfully submitted,

                   /s/Brandon Beymer
                   Brandon Beymer (ARDC No. 6332454)
                   Daliah Saper (ARDC No. 6283932)
                   Saper Law Offices, LLC
                   505 N. Lasalle, Suite 60654
                   Chicago, Illinois 60654
                   (312) 527-4100
                   brandon@saperlaw.com
                   ds@saperlaw.com
                   Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 18, 2024, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system and I will serve this Notice of Motion on Defendants through both email and electronic publication.

                                            */s/ Brandon Beymer*
                                              Brandon Beymer