# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

John Doe

CASE NUMBER: 1:24-cv-8775

V.

ASSIGNED JUDGE: Jorge L. Alonso

The Partnerships and Unincorporated Associations Identified on Schedule "A"

DESIGNATED MAGISTRATE JUDGE: Sheila M. Finnegan

TO: (Name and address of Defendant)

Guangzhou Hair I Need Trading Co., Ltd. and all other Defendants identified in the Complaint

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daliah Saper
Saper Law Offices, LLC
505 N. LaSalle Dr., Ste 350
Chicago, Illinois 60654

an answer to the complaint which is herewith served upon you, \_\_\_\_\_21\_\_\_\_\_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



*Vanessa Miller*

(By) DEPUTY CLERK

October 17, 2024

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE: 10/18/2024 |
| NAME OF SERVER (PRINT): Brandon Beymer | TITLE: Attorney of Record for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): I electronically published a link to the (1) Complaint, (2) TRO, (3) Motion for Preliminary Injunction, Memo, Notice, and proposed Order therefor, and (4) other relevant documents on a website and I sent an email to the email addresses provided for Defendants by third parties that includes a link to said website that includes a link to said website for the Defendants identified on the redacted Schedule A attached to Plaintiff's Motion for Preliminary Injunction [32].

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/18/2024
Date

/s/ Brandon Beymer
*Signature of Server*

505 N. LaSalle, Suite 350, Chicago, IL 60654
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.