**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>　　　　　Defendants. | Case No. 24-cv-8775<br><br>**Judge Jorge L. Alonso**<br><br>**Magistrate Judge Sheila M. Finnegan** |

**DECLARATION OF SERVICE**

I, Brandon Beymer, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff, Luxury Brands, LLC ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. On September 25, 2024, this Court entered an Order [ECF 24] permitting Plaintiff to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronically publishing a link to the Complaint, TRO and other relevant documents on a website, and by sending an e-mail to the e-mail addresses provided for Defendants, by third parties, that includes a link to said website.

3. I hereby certify that on October 18, 2024, I electronically published the Complaint (Dkt 5), Summons, TRO (Dkt 24), Motion for Preliminary Injunction and memo in support thereof (Dkt 32, 33), proposed Preliminary Injunction order, and other relevant documents on a website.

4. I hereby certify that on October 18, 2024, I sent an e-mail to the e-mail addresses provided for Defendants identified on the redacted Schedule A attached to Plaintiff's Motion for Preliminary Injunction [ECF 32], by third parties, that includes a link to said website. The Complaint (Dkt 5), Summons, TRO (Dkt 24), Motion for Preliminary Injunction and memo in support thereof (Dkt 32, 33), and proposed Preliminary Injunction order were also attached to said email.

5. The completed Return of Service form is attached hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of October 2024, at Chicago, Illinois.

/s/ Brandon Beymer
Brandon Beymer (ARDC No. 6332454)
Saper Law Offices, LLC
505 N. LaSalle, Suite 350
Chicago, IL 60654
Brandon@saperlaw.com
*One of Plaintiff's Attorneys*