**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>　　　　　Defendants. | Case No. 24-cv-8775<br><br>**Judge Jorge L. Alonso**<br><br>**Magistrate Judge Sheila M. Finnegan** |

**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant 234 FENGTICo.Ltd ("Defendant"), acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the Dismissal with Prejudice of this action against Defendant, including all claims brought in this action against Defendant, mutually releasing all parties from any liability arising from the action, with each party to bear its own attorneys' fees and costs.

Date: November 5, 2024

| | |
|---|---|
| /s/Brandon Beymer<br>Brandon Beymer (ARDC No. 6332454)<br>Daliah Saper (ARDC No. 6283932)<br>Saper Law Offices, LLC<br>505 N. Lasalle, Suite 60654<br>Chicago, Illinois 60654<br>(312) 527-4100<br>ds@saperlaw.com<br>brandon@saperlaw.com<br><br>Attorneys for Plaintiff | /s/ He Cheng<br>He Cheng (BAR No. 5665617)<br>Palmer Law Group, P.A.<br>401 E. Law Olas Blvd., Suite 1400<br>Fort Lauderdale, FL 33308<br>rcheng@palmerlawgroup.com<br>Ph: (917) 525-1495<br><br>Attorney for Defendant |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>        Defendants. | Case No. 24-cv-8775<br><br>**Judge Jorge L. Alonso**<br><br>**Magistrate Judge Sheila M. Finnegan** |

## ORDER

The stipulation is approved. The entire action against Defendant 234 FENGTICo.Ltd ("Defendant") including all claims stated herein against Defendant, is hereby dismissed with prejudice with all parties to bear their own attorney's fees and costs.

Dated: _____         Entered:

 

_____
Jorge L. Alonso
United States District Judge