**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>　　　　　Defendants. | Case No. 24-cv-8775<br><br>**Judge Jorge L. Alonso**<br><br>**Magistrate Judge Sheila M. Finnegan** |

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT

Plaintiff, Luxury Brands, LLC ("Plaintiff"), by and through its undersigned counsel, hereby moves this Honorable Court, pursuant to Fed. R. Civ. P. 55, for entry of Default and Default Judgment in the above-captioned action against the Defendants identified on the redacted Schedule A attached hereto ("Defaulting Defendants"). For the reasons set forth in the supporting Memorandum of Law submitted herewith, Plaintiff respectfully urges that this Motion should be granted.

Date: November 14, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/Brandon Beymer
　　　　　　　　　　　　　　　　　　　　　　Brandon Beymer (ARDC No. 6332454)
　　　　　　　　　　　　　　　　　　　　　　Daliah Saper (ARDC No. 6283932)
　　　　　　　　　　　　　　　　　　　　　　Saper Law Offices, LLC
　　　　　　　	　　　　　　　　　　　　　　505 N. Lasalle, Suite 350
　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60654
　　　　　　　　　　　　　　　　　　　　　　(312) 527-4100
　　　　　　　　　　　　　　　　　　　　　　brandon@saperlaw.com
　　　　　　　　　　　　　　　　　　　　　　ds@saperlaw.com
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2024, I electronically filed the foregoing with the Court using the CM/ECF system and I will serve Defendants with this Motion and Memorandum through email and electronic publication.

*/s/ Brandon Beymer*
Brandon Beymer