# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

John Doe

                                    Plaintiff,

v.                                                  Case No.:
                                                    1:24−cv−08775
                                                    Honorable Jorge L.
                                                    Alonso

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                    Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 21, 2024:

      MINUTE entry before the Honorable Jorge L. Alonso: Telephonic status hearing held. Telephonic motion hearing held. Plaintiff's Motion for entry of default and default judgment [60] is granted. Enter Final Default Judgment Order. Defendant FENGTI Co., Ltd's Motion to dismiss under rule 12(b)(2) and incorporated memorandum of law [48] is denied as moot. Civil case terminated. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.